# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 26, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**MAY 29 2015**

**Abel Acosta, Clerk**

Re:  Isac Blanco-Hernandez
v. Texas
No. 14-8977
(Your No. WR-81,433-01)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk